

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2019

No. 04-19-00352-CR

**EX PARTE** Otis T. **MCKANE**,

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1505
Honorable Ron Rangel, Judge Presiding

# O R D E R

This is an accelerated appeal from an order denying relief in a habeas corpus and bail proceeding. The clerk's and reporter's records have been filed. We order appellant's brief due August 1, 2019. See TEX. R. APP. P. 31.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.2(a). The State's brief is due within 20 days after the date appellant's brief is filed. See 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.2(b). A reply brief, if any, must be filed within 10 days after the State's brief is filed.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court